# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| STANTON Q. SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4385-CV-C-NKL |
| ) | |
| ROBERT B. ALEXANDER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 27, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the motion for partial summary judgment, treated as exceptions, filed by plaintiff on March 13, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's February 27, 2006, Report and Recommendation is adopted [7]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis, and his claims are dismissed, pursuant to the general order of this court, In Re Stanton Q. Shelton (W.D. Mo. Sept. 22, 2003), and 28 U.S.C. § 1915. It is further

ORDERED that plaintiff's motion for a temporary restraining order is denied [3]. It is further

ORDERED that plaintiff's motion for partial summary judgment is denied [8].

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: March 22, 2006
Jefferson City, Missouri