# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| STANTON Q. SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4385-CV-C-NKL |
| | ) | |
| ROBERT B. ALEXANDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 19, 2006, plaintiff filed a motion for reconsideration. A motion for reconsideration is properly considered under Federal Rule of Civil Procedure 60(b). Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." <u>Reyher v. Champion</u>, 975 F.2d 483, 488 (8th Cir. 1992) (quoting <u>United States v. Young</u>, 806 F.2d 805, 806 (8th Cir. 1986)). No exceptional circumstances justifying relief have been shown.

THEREFORE, IT IS ORDERED that plaintiff's motion for relief from the judgment is denied [12].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 1, 2006
Jefferson City, Missouri